# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## UNITED STATES OF AMERICA

## VS.                                                    CASE NO: 6:24-cr-158-PGB-DCI

## ROSS NATHANIEL GREENHILL

---

## ORDER

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States has requested leave to dismiss the Indictment against Defendant, Ross Nathaniel Greenhill, without prejudice. Leave of Court is granted, and the Indictment is dismissed against Defendant, Ross Nathaniel Greenhill, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** in Orlando, Florida on March 21, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties